No. 246, Misc.   SESI *v.* REID, SUPERINTENDENT, WASH-INGTON ASYLUM AND JAIL.   The motion for leave to file petition for writ of habeas corpus is denied.   *James K. Hughes* and *T. Emmett McKenzie* for petitioner.

No. 247, Misc.   CROSS *v.* BOYLES, CHIEF JUSTICE OF THE SUPREME COURT OF MICHIGAN.   The motion for leave to file petition for writ of mandamus is denied.

No. 249, Misc.   HACKWORTH *v.* HIATT, WARDEN; and

No. 251, Misc.   STINCHCOMB *v.* CALIFORNIA ET AL. The motions for leave to file petitions for writs of habeas corpus are denied.

No. 364.   UNITED STATES *v.* ALLIED OIL CORP. ET AL. C. A. 7th Cir.   Certiorari granted.   *Solicitor General Perlman* for the United States.   *Thomas J. Downs, Julius L. Sherwin, Theodore R. Sherwin, Michael F. Mulcahy* and *Henry W. Dieringer* for respondents.

No. 356.   GENERAL STEEL CASTINGS CORP. ET AL. *v.* MISSISSIPPI RIVER FUEL CORP. ET AL.;

No. 357.   ALTON BOX BOARD CO. ET AL. *v.* MISSISSIPPI RIVER FUEL CORP. ET AL.; and

No. 360.   ILLINOIS COMMERCE COMMISSION *v.* MISSISSIPPI RIVER FUEL CORP. ET AL.   C. A. 5th Cir.   Certiorari denied.   *Fred E. Fuller, Leslie Henry, William R. Bascom* and *Milton H. Tucker* for petitioners in No. 356 and the General Steel Castings Corporation et al., respondents in No. 360.   *George A. McNulty* for petitioners in No. 357. *Ivan A. Elliott,* Attorney General of Illinois, *William R.*